```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                    Case No. 8:09-cr-114-T-33TGW

RIKKY ALAN JOHNSON
_____/

### **ORDER**

This matter is before the Court pursuant to Defendant's Motion for Order Certifying Limited Remand for Sentencing (Doc. # 72), which was filed on August 25, 2010. The Government filed a Motion to Dismiss Defendant's Motion for Order Certifying Limited Remand for Sentencing (Doc. # 74), on September 10, 2010.

The Court denies Defendant's Motion and grants the Government's Motion. On September 9, 2010, the United States Court of Appeals for the Eleventh Circuit issued an order affirming Defendant's 60 month sentence for possession with intent to distribute 5 grams or more of cocaine base. Because the Eleventh Circuit has decided the issue presented in Defendant's Motion, the Court denies the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendant's Motion for Order Certifying Limited Remand for Sentencing (Doc. # 72) is **DENIED**.

(2) The Government's Motion to Dismiss Defendant's Motion for Order Certifying Limited Remand for Sentencing (Doc. # 74) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>13th</u> day of September 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record

2